UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DEREK MORTLAND, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. CV41300161<br>) |
| SAVANNAH CROSSINGS I & II, LLC,<br>a Georgia Limited Liability Company, | )<br>)<br>) |
| Defendant/Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| Food Lion, LLC, a North Carolina Limited<br>Liability Company, successor by<br>assignment of Delhaize America, LLC, a<br>North Carolina Limited Liability Company,<br>successor by conversion of Delhaize<br>America, Inc., a North Carolina corporation<br>f/k/a Food Lion, Inc., and Big Lots, Inc.,<br>f/k/a Consolidated Stores Corporation, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Third-Party Defendants. | ) |

## ORDER GRANTING MOTION FOR STAY AND EXTENSION OF DISCOVERY

The Court, having read and considered Defendant and Third-Party Defendants' Emergency Joint Motion for Stay and Extension of Discovery, having read and considered the Order Appointing Receiver in the Superior Court of Crisp County, Georgia, and having found that good cause exists for granting the motion,

It is hereby ORDERED that the Emergency Joint Motion for Stay and Extension of Discovery is GRANTED. This case shall be stayed for sixty (60) days or until such time as counsel for Defendant notifies the Court that an agreement has been reached with the Receiver,

whichever is earlier. All discovery related deadlines are extended for sixty (60) days after the stay is lifted.

SO ORDERED this 17th day of April, 2014.

_____
United States Magistrate Judge
U.S. District Court, Southern District of Georgia

Q:\DATA\WPDATA\6900\6902-04 order granting stay.docx